IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-10053-01-EFM |
| ) | |
| DANNY MARTEL GRIFFIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF PUBLICATION**

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on September 18, 2025, and ending on October 17, 2025, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2025.

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

/s/Annette Gurney
Annette Gurney
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6689
Fax (316) 269-6484
KS. S. Ct. #11602
Annette.gurney@usdoj.gov

## **CERTIFICATE OF SERVICE**

    This is to certify that on November 18, 2025, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                        /s/Annette Gurney
                                                        Annette Gurney
                                                        Assistant United States Attorney